# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-4000
_____

TERRY PERRY,

　　Appellant,

v.

STATE OF FLORIDA,

　　Appellee.

_____


On appeal from the Circuit Court for Duval County.
Bruce Anderson, Judge.

July 11, 2019


PER CURIAM.

　　AFFIRMED.

B.L. THOMAS, KELSEY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Terry Perry, pro se, Appellant.

Ashley Moody, Attorney General, and Anne C. Conley, Assistant
Attorney General, Tallahassee, for Appellee.